# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS WAUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>PEREZ, *et. al.,*<br><br>    Defendants. | Case No.: 3:16-CV-00677-RCJ-VPC<br><br>**ORDER** |

On January 3, 2018, Magistrate Judge Cooke entered Order (ECF No. 6) denying as moot Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1). The Order further directed Plaintiff to update his address, and pay the filing fee within thirty (30) days or the Court may dismiss the case with prejudice.

Plaintiff has failed to show good cause why this action should not be dismissed with prejudice for failure to comply with Court Order (ECF No. 6). Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE for Plaintiff's failure to comply with the Court Order (ECF No. 6). The Clerk of the Court shall close the case.

DATED this 6th day of February, 2018.

_____
ROBERT C. JONES
District Judge